FILED
United States Court of Appeals
Tenth Circuit

January 26, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

LESLIE J. REYNARD,

    Plaintiff - Appellant,

v.

WASHBURN UNIVERSITY OF TOPEKA,

    Defendant - Appellee.

No. 22-3248
(D.C. Nos. 5:19-CV-04012-HLT; 5:19-CV-04061-HLT & 2:20-CV-02219-HLT )
(D. Kan.)

---

**ORDER**

---

This matter is before the court upon receipt of *pro se* Appellant Leslie J. Reynard's *Unopposed Motion for Additional Transcript of Recording of Court Proceeding*, by which she requests that the U.S. District Court for the District of Kansas prepare a transcript of the telephone conference it held on December 17, 2021. The motion attaches a transcript order form for and a self-prepared transcript of the same. Because the motion is captioned for and requests relief from the district court, this court will note receipt of the motion and attachments, but they will not be filed in this court. The court notes that it does not appear Appellant has filed the motion and attachments in the district court.

    The court further notes that, on January 5, 2023, the district court granted a similar motion filed by Appellant, by which she asked that it prepare a transcript of the pretrial conference that it held on March 25, 2022. That transcript has since been prepared and

was filed in the district court on January 25, 2023. *See* Doc. No. 178. Per this court's December 27, 2022 order, should Appellant wish to include that transcript in the record on appeal, she may renew her motion to supplement the record in this court. Any such motion must comply with 10th Cir R. 27.1 (stating that every motion must contain a statement of the opposing party's position on the relief requested).

Appellant's opening brief remains due in this court on **February 17, 2023.**

                                                  Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Candice Manyak
     Counsel to the Clerk